UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARRELL F. HAMM and : CHAPTER 13
HOLLY A. HAMM :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
   vs. :
:
DARRELL F. HAMM and :
HOLLY A. HAMM : OBJECTION TO EXEMPTIONS
   Respondent(s) : CASE NO. 1-18-bk-02340-RNO

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.