```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-02340-RNO
Darrell F. Hamm                                                     Chapter 13
Holly A Hamm
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: DGeorge              Page 1 of 2          Date Rcvd: Aug 14, 2018
                            Form ID: ntcnfhrg          Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
```
jdb/db         +Darrell F. Hamm,    Holly A Hamm,    123 Skylark Trail,    Fairfield, PA 17320-8004
cr             +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    3415 Vision Drive,    Columbus, oh 43219-6009
5068383        +AES/PHEA12,    PO BOX 2461,    HARRISBURG, PA 17105-2461
5082303       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
5086370         CACH, LLC its successors and assigns as assignee,    of World's Foremost Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5068385         CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
5068386         DPT ED/NAV,    PO BOX 9655,    WILKES-BARRE, PA 18773-9655
5074885         Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
5068388         FST PREMIE,    3820 N LOUISE AVETAPE ONLY,    TAPE ONLY,    SIOUX FALLS, SD 57107
5068390         GLOBAL LEN,    FIVE CONCOURSE PARKWAYSUITE 2925,    SUITE 2925,    ATLANTA, GA 30325
5068391         GMFNANCIAL,    PO BOX 181145,    ARLINGTON, TX 76096-1145
5081573        +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
5068392         JPM CHASE,    2277 E 22OTH ST,    LONG BEACH, CA 90810
5094953         JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
5068394        +MEMBERS,    5000 LOUISE DRIVE,    MECHANICSBURG, PA 17055-4899
5075250        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
5068396         TD/TARGET,    7000 TARGET PARKWAY N,MAIL STOP NCD-0450,    MAIL STOP NCD-0450,
                 BROOKLYN PARK, MN 55445-4301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5089568        +E-mail/Text: g20956@att.com Aug 14 2018 19:07:11     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
5068384        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 19:15:58      CAP ONE,
                 PO BOX 5253,    CAROL STREAM, IL 60197-5253
5068387        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 14 2018 19:07:12      FHUT/WEBBK,
                 6250 RIDGEWOOD ROAD,    ST CLOUD, MN 56303-0820
5068389         E-mail/Text: bankruptcy@sccompanies.com Aug 14 2018 19:07:19      GINNY'S,    1112 7TH AV,
                 MONROE, WI 53566-1364
5079825        +E-mail/Text: bankruptcy@sccompanies.com Aug 14 2018 19:07:19      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5086371         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2018 19:15:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5086409         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2018 19:15:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5068393        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2018 19:15:43      LVNVFUNDG,
                 625 PILOT ROAD SUITE 2/3,    LAS VEGAS, NV 89119-4485
5068395         E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2018 19:07:04      MIDLANDMCM,
                 2365 NORTHSIDE DRIVESUITE 300,    SUITE 300,    SAN DIEGO, CA 92108
5090787         E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2018 19:07:00
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
5068397         E-mail/Text: External.Collections@phoenix.edu Aug 14 2018 19:07:14      UNIVOFPHX,
                 4025 S RIVERPOINT PARKWAYAPOLLO GROUP,    APOLLO GROUP,    PHOENIX, AZ 85040
5068398        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2018 19:06:51
                 VERIZON,    P.O. BOX 26055,    NAT'L RECOVERY DEPT M.S. 4,    NAT'L RECOVERY DEPT M.S. 400,
                 MINNEAPOLIS, MN 55426-0055
5088874         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2018 19:15:25     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
5093805        +E-mail/Text: kcm@yatb.com Aug 14 2018 19:06:52     YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 2 Darrell F. Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Holly A Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 7
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Darrell F. Hamm,<br>    **Debtor 1**<br>Holly A Hamm,<br>    **Debtor 2** | Chapter     13<br><br>Case No.     1:18−bk−02340−RNO |

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **September 26, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 3, 2018<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2018 |

ntcnfhrg (03/18)