UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: DARRELL F HAMM<br>HOLLY A HAMM | CASE NO: 18-02340<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |
|---|---|

On 9/4/2018, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice of 3rd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2018

/s/ John M. Hyams
John M. Hyams  87327PA
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102
717 520 0300

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DARRELL F HAMM
HOLLY A HAMM

CASE NO: 18-02340

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/4/2018, a copy of the following documents, described below,

3rd Amended Plan

Notice of 3rd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-02340-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI AUG 31 17-07-26 EDT 2018 | AESPHEA12<br>PO BOX 2461<br>HARRISBURG PA 17105-2461 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO PARALEGAL<br>ONE ATT WAY SUITE 3A104<br>BEDMINSTER NJ 07921-2693 |
| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMERICREDIT FINANCIAL SERVICES INC DBA<br>4000 EMBARCADERO DR<br>ARLINGTON TX 76014-4101 |
| CACH LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF WORLDS FOREMOST BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CAP ONE<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | CHASE MTG<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 |
| WILLIAM E CRAIG<br>MORTON  CRAIG LLC<br>110 MARTER AVENUE SUITE 301<br>MOORESTOWN NJ 08057-3125 | DPT EDNAV<br>PO BOX 9655<br>WILKES-BARRE PA 18773-9655 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | FHUTWEBBK<br>6250 RIDGEWOOD ROAD<br>ST CLOUD MN 56303-0820 | FST PREMIE<br>3820 N LOUISE AVETAPE ONLY<br>TAPE ONLY<br>SIOUX FALLS SD 57107 |
| KEVIN S FRANKEL<br>SHAPIRO  DENARDO LLC<br>3600 HORIZON DRIVE<br>SUITE 150<br>KING OF PRUSSIA PA 19406-4702 | GINNYS<br>1112 7TH AV<br>MONROE WI 53566-1364 | GLOBAL LEN<br>FIVE CONCOURSE PARKWAYSUITE 2925<br>SUITE 2925<br>ATLANTA GA 30325 |
| GMFNANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | GINNYS<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SOUTH CAROLINA 29607-6583 |
| ~~EXCLUDE~~<br><br>~~DARRELL F HAMM~~<br>~~123 SKYLARK TRAIL~~<br>~~FAIRFIELD PA 17320-8004~~ | ~~EXCLUDE~~<br><br>~~HOLLY A HAMM~~<br>~~123 SKYLARK TRAIL~~<br>~~FAIRFIELD PA 17320-8004~~ | ~~EXCLUDE~~<br><br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| JPM CHASE<br>2277 E 22OTH ST<br>LONG BEACH CA 90810 | JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>3415 VISION DRIVE<br>COLUMBUS OH 43219-6009 | JPMORGAN CHASE BANK NA<br>CHASE RECORDS CENTER<br>ATTN- CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE MONROE LA 71203 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF ARROW FINANCIAL SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF SANTANDER CONSUMER USA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNVFUNDG<br>625 PILOT ROAD SUITE 23<br>LAS VEGAS NV 89119-4485 |
| MEMBERS<br>5000 LOUISE DRIVE<br>MECHANICSBURG PA 17055-4899 | MIDLANDMCM<br>2365 NORTHSIDE DRIVESUITE 300<br>SUITE 300<br>SAN DIEGO CA 92108 | NAVIENT SOLUTIONS LLC ON BEHALF OF DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 |
| PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 | QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | TDTARGET<br>7000 TARGET PARKWAY NMAIL STOP NCD0450<br>MAIL STOP NCD-0450<br>BROOKLYN PARK MN 55445-4301 |
| UNIVOFPHX<br>4025 S RIVERPOINT PARKWAYAPOLLO GROUP<br>APOLLO GROUP<br>PHOENIX AZ 85040 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | VERIZON<br>PO BOX 26055<br>NATL RECOVERY DEPT MS 4<br>NATL RECOVERY DEPT MS 400<br>MINNEAPOLIS MN 55426-0055 |
| VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |