UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TRAVIS M SCHELL<br>MICHELE L SCHELL | CASE NO: 18-00678<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/2/2018, I did cause a copy of the following documents, described below,

5th Amended Plan

Notice of 5th Amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2018

/s/ John M. Hyams
John M. Hyams  87327PA
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TRAVIS M SCHELL
MICHELE L SCHELL

CASE NO: 18-00678

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/2/2018, a copy of the following documents, described below,

5th Amended Plan

Notice of 5th Amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AESBRAZOSUS | AESPNCNATL |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-18-BK-00678-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE OCT 2 11-56-59 EDT 2018 | POB 61047<br>HARRISBURG PA 17106-1047 | POB 61047<br>HARRISBURG PA 17106-1047 |
| ALLY FINCL<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | JEROME B BLANK<br>PHELAN HALLINAN SCHMIEG LLP<br>ONE PENN CENTER<br>1617 JFK BOULEVARD SUITE 1400<br>PHILADELPHIA PA 19103-1814 |
| BUREAU OF EMPLOYER TAX OPER<br>PO BOX 68568<br>HARRISBURG PENNSYLVANIA 17106-8568 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | COMENITY CAPITAL BANK<br>C O WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 |
| CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EDEN PARK<br>1725A OREGON PIKE SUITE 100<br>LANCASTER PA 17601-4206 | HOME POINT<br>PO BOX 77404<br>EWING NJ 08628-6404 |
| HOME POINT FINANCIAL CORPORATION<br>11511 LUNA ROAD SUITE 300<br>FARMERS BRANCH TX 75234-6022 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PENNSYLVANIA 19101-7346 |
| MEMBERS 1ST<br>5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 | MET EDFIRSTENERGY<br>101 CRAWFORDS CORNER RD<br>BLDG 1 STE 1-511<br>HOLMDEL NJ 07733-1976 | MET ED<br>PO BOX 3687<br>AKRON OHIO 44309-3687 |
| MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | NEWBERRY TOWNSHIP MUNICIPAL AUTHORITY<br>1915 OLD TRAIL ROAD<br>ETTERS PA 17319-9130 | NEWBERRY TOWNSHIP SEWER<br>1915 OLD TRAIL ROAD<br>ETTERS PA 17319-9130 |
| OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>STRAWBERR<br>HARRISBURG PENNSYLVANIA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTN BANKRUPTCY DIVI<br>HARRISBURG PENNSYLVANIA 17128-0946 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCBCARECR<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
~~MICHELE L SCHELL~~
~~75 REESER DRIVE~~
~~YORK HAVEN PA 17370-9702~~

EXCLUDE
~~TRAVIS M SCHELL~~
~~75 REESER DRIVE~~
~~YORK HAVEN PA 17370-9702~~

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DISTRICT OF COLUMBIA 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET ROOM 1190~~
~~HARRISBURG PENNSYLVANIA 17101-1722~~

WEBBNKFHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303-0820