# CHANGE OF ADDRESS

Case No:   18-2340

Name of Debtor(s):

Darrell F. Hamm
Holly A. Hamm

Creditor Name:  CAP ONE

Current Address:   PO Box 5253, Carol Stream, IL  60197-5253

**Please change to:**

Creditor Name:  Capital One Financial Department

New Address:  1680 Capital One Drive, McLean, VA  22102

Law Offices of John M. Hyams

717-520-0300