```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02340-HWV
Darrell F. Hamm                                                 Chapter 13
Holly A Hamm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 1          Date Rcvd: Mar 01, 2019
                              Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
jdb/db         +Darrell F. Hamm,    Holly A Hamm,    123 Skylark Trail,    Fairfield, PA 17320-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James   Warmbrodt     on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Holly A Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Darrell F. Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Darrell F. Hamm,<br>**Debtor 1**<br><br>Holly A Hamm,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–02340–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 29, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: March 1, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)