```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02340-HWV
Darrell F. Hamm                                                     Chapter 13
Holly A Hamm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson              Page 1 of 1           Date Rcvd: Apr 26, 2019
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
jdb/db         +Darrell F. Hamm,    Holly A Hamm,    123 Skylark Trail,    Fairfield, PA 17320-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James   Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Holly A Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Darrell F. Hamm jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Darrell F. Hamm | : | |
| Holly A. Hamm | : | CASE NO: 1:18-bk-02340-HWV |
| Debtors | : | |

## ORDER

The Debtors' Motion to Modify Confirmed Amended Chapter 13 Plan, having come this day to be heard, and good cause therefore appearing, it is hereby:

**ORDERED**, that the Debtors' Motion to Modify Confirmed Amended Chapter 13 Plan is hereby **GRANTED**.

Dated: April 25, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)