IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Holly A. Hamm and Darrell F. Hamm<br>Debtors.<br><br>JPMorgan Chase Bank, National Association<br>Movant,<br>v.<br><br>Holly A. Hamm and Darrell F. Hamm<br>Debtors/Respondents.<br><br>Charles J. DeHart, III, Trustee<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-02340/HWV<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on May 20, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

Respectfully submitted,

Dated: May 29, 2019

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

S&D File #:16-053670

PA BAR ID #318323
pabk@logs.com