# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DARRELL F. HAMM
            HOLLY A HAMM                        CHAPTER 13

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
            Movant
                                    CASE NO:   1-18-02340-HWV

        DARRELL F. HAMM
        HOLLY A HAMM

            Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 15, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 15, 2019, the Debtor(s) is/are $12483.52 in arrears with a plan payment having last been made on May 07, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                    Respectfully Submitted,
                                    /s/ Liz Joyce
                                    for Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097

Dated: November 15, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    DARRELL F. HAMM
          HOLLY A HAMM                CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
          Movant

                                CASE NO:  1-18-02340-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 15, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| JOHN M HYAMS ESQUIRE<br>2023 N 2ND STREET, SUITE 203<br>HARRISBURG, PA  17102- | SERVED ELECTRONICALLY |
| DARRELL F. HAMM<br>HOLLY A HAMM<br>123 SKYLARK TRAIL<br>FAIRFIELD, PA  17320 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 15, 2019                Respectfully submitted,
                                    <u>Liz Joyce</u>
                                    for Charles J. DeHart, III, Trustee
                                    Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      eMail: dehartstaff@pamd13trustee.com