```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 18-02340-HWV
Darrell F. Hamm                                                 Chapter 13
Holly A Hamm
         Debtors            CERTIFICATE OF NOTICE
District/off: 0314-1         User: CourtneyW          Page 1 of 2          Date Rcvd: Nov 20, 2019
                             Form ID: pdf010          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
jdb/db        +Darrell F. Hamm,    Holly A Hamm,    123 Skylark Trail,    Fairfield, PA 17320-8004
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     3415 Vision Drive,    Columbus, oh 43219-6009
5068383       +AES/PHEA12,    PO BOX 2461,    HARRISBURG, PA 17105-2461
5086370        CACH, LLC its successors and assigns as assignee,     of World's Foremost Bank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5068385        CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
5074885        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
5162950        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 551160408
5162951        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 551160408,
               Educational Credit Management Corporatio,     P.O. Box 16408,    St. Paul, MN 551160408
5068388        FST PREMIE,    3820 N LOUISE AVETAPE ONLY,    TAPE ONLY,    SIOUX FALLS, SD 57107
5068390        GLOBAL LEN,    FIVE CONCOURSE PARKWAYSUITE 2925,    SUITE 2925,    ATLANTA, GA 30325
5068391        GMFNANCIAL,    PO BOX 181145,    ARLINGTON, TX 76096-1145
5068392        JPM CHASE,    2277 E 220TH ST,    LONG BEACH, CA 90810
5094953        JPMorgan Chase Bank, N.A.,     Chase Records Center,    ATTN: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
5068394       +MEMBERS,    5000 LOUISE DRIVE,    MECHANICSBURG, PA 17055-4899
5075250       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
5068396        TD/TARGET,    7000 TARGET PARKWAY N,MAIL STOP NCD-0450,    MAIL STOP NCD-0450,
               BROOKLYN PARK, MN 55445-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
               Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:04      LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
5082303        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
               Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
               Arlington, TX 76096
5089568       +E-mail/Text: g20956@att.com Nov 20 2019 19:37:49     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
5068384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:40:27      CAP ONE,
               Capital One Financial Dept,    1680 Capital One Drive,    McLean, VA 22102-3407
5068386        E-mail/PDF: pa_dc_ed@navient.com Nov 20 2019 19:41:01     DPT ED/NAV,    PO BOX 9655,
               WILKES-BARRE, PA 18773-9655
5068387       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2019 19:37:50     FHUT/WEBBK,
               6250 RIDGEWOOD ROAD,    ST CLOUD, MN 56303-0820
5068389        E-mail/Text: bankruptcy@sccompanies.com Nov 20 2019 19:38:04     GINNY'S,    1112 7TH AV,
               MONROE, WI 53566-1364
5081573        E-mail/Text: bankruptcy@glsllc.com Nov 20 2019 19:36:56     Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
5079825       +E-mail/Text: bankruptcy@sccompanies.com Nov 20 2019 19:38:04     Ginny's,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5086371        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:04
               LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5086409        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:02
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
               LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5068393       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:34      LVNVFUNDG,
               625 PILOT ROAD SUITE 2/3,    LAS VEGAS, NV 89119-4485
5068395        E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26     MIDLANDMCM,
               2365 NORTHSIDE DRIVESUITE 300,    SUITE 300,    SAN DIEGO, CA 92108
5096538        E-mail/PDF: pa_dc_claims@navient.com Nov 20 2019 19:40:31
               Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
5090787        E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2019 19:37:17
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA 98083-0788
5068397        E-mail/Text: External.Collections@phoenix.edu Nov 20 2019 19:37:53      UNIVOFPHX,
               4025 S RIVERPOINT PARKWAYAPOLLO GROUP,    APOLLO GROUP,    PHOENIX, AZ 85040
5068398       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2019 19:36:54
               VERIZON,    P.O. BOX 26055,    NAT'L RECOVERY DEPT M.S. 4,    NAT'L RECOVERY DEPT M.S. 400,
               MINNEAPOLIS, MN 55426-0055
5088874        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2019 19:41:07      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
5093805       +E-mail/Text: kcm@yatb.com Nov 20 2019 19:36:59     YORK ADAMS TAX BUREAU,    PO BOX 15627,
               YORK, PA 17405-0156
```

```
District/off: 0314-1           User: CourtneyW            Page 2 of 2                Date Rcvd: Nov 20, 2019
                               Form ID: pdf010            Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
                                                                                                         TOTAL: 21

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          ECMC    djwilcoxson@ecmc.org
          James  Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 2 Darrell F. Hamm jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          John Matthew Hyams    on behalf of Debtor 1 Holly A Hamm jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Holly A Hamm | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:18-bk-02340-HWV |
| Darrell F. Hamm | Debtor 2 | | |
| CHARLES J. DEHART, III CHARLES J. DEHART, III CHAPTER 13 TRUSTEE vs. | Movant(s) | | |
| HOLLY A HAMM DARRELL F. HAMM | Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 20, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)